IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| | : | No. 14-327 |
| v. | : | |
| | : | CIVIL ACTION |
| SANTIAGO MINAYA | : | No. 15-150 |

## ORDER

AND NOW, this 9th day of June, 2016, it is **ORDERED** that Petitioner's Second Amended, Counseled Motion Under 28 U.S.C. § 2255 (ECF No. 28) is **GRANTED** as to his claim that counsel rendered ineffective assistance by failing to file a notice of appeal and **DENIED without prejudice** as to all other claims raised.

It is further **ORDERED** that Petitioner is **GRANTED** the right to file a direct appeal within fourteen days from the date of this Order.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:       Copies **MAILED** on 06-09-2016 to:
                                            Santiago Minaya, Deft

O:\ABB 2016\L - Z\USA v. Minaya_ Second Amended Motion Order for Memorandum.docx

1